HELENA M. NUGENT, respondent,

*v.*

MARY R. MEEKER et al., appellants.

[Decided October 19th, 1931.]

*Mr. Joseph L. Smith,* for the respondent.

*Mr. Herbert Boggs,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *4 N. J. Mis. R. 1041.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.